DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARTIN S. CHERNACOV,**
Appellant,

v.

**AIDA CHERNACOV,**
Appellee.

No. 4D19-3708

[August 6, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE13-014163.

David M. Scott of Florida Family Law Clinic, LLC, Fort Lauderdale, for appellant.

Jennifer A. Patti and Michael J. Alman of Greenspoon Marder LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., KUNTZ, J., and SHEPHERD, CAROLINE, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***